# EXHIBIT A

# Labaton Sucharow

FOR IMMEDIATE RELEASE: June 17, 2011

## Chimicles & Tikellis LLP, Labaton Sucharow LLP, Eccleston Law Offices, P.C., and Stoltman Law Offices, P.C., Announce Securities Class Action Lawsuit Against Apple REIT Ten, Inc., Apple REIT Nine, Inc., David Lerner Associates Inc., and Other Related Defendants

HAVERFORD, Pa., June 17, 2011 /PRNewswire/ -- The law firms of Chimicles & Tikellis LLP, Labaton Sucharow LLP, Eccleston Law Offices, P.C., and Stoltman Law Offices, P.C., announce that a securities class action lawsuit was commenced in the United States District Court for the Eastern District of New York on June 17, 2011 against defendants Apple REIT Ten, Inc. ("REIT Ten"), Apple REIT Nine, Inc. ("REIT Nine"), Apple Nine Advisors, Inc., Apple Ten Advisors, Inc., David Lerner & Associates, Inc. ("DLA"), David Lerner, Glade M. Knight, Bryan Peery, Kent W. Colton, Glenn W. Bunting, R. Garnett Hall, Jr., Ronald A. Rosenfeld, Anthony Francis Keating III, Lisa B. Kern, Bruce H. Matson, Michael S. Waters, and Robert M. Wily. The lawsuit alleges claims under Sections 11, 12, and 15 of the Securities Act of 1933 on behalf of a Class of all persons who purchased or otherwise acquired REIT Nine and REIT Ten securities between June 16, 2008 and the present, inclusive (the "Class Period"), who suffered damages as a result of the actions complained of therein (the "Class").

The Complaint alleges, among other things, that: (1) REIT Nine's and REIT Ten's registration statements and prospectuses failed to disclose material information concerning the value of shares of prior Apple REITs, which pursued nearly identical investment strategies and whose share value had declined significantly, (2) the operations and investment model pursued by REIT Nine and REIT Ten was virtually guaranteed to lose investors' capital, and (3) DLA solicited purchases of REIT Nine and REIT Ten by means of false and misleading statements concerning the distributions paid by prior Apple REITs.

If you purchased or acquired shares of REIT Nine or REIT Ten during the class period you may, no later than August 16, 2011, apply to the United States District Court, Eastern District of New York, to be appointed as a Lead Plaintiff in this proposed class action. A Lead Plaintiff is a representative, chosen by the Court, who acts on behalf of other class members in directing the litigation. The Private Securities Litigation Reform Act of 1995 directs Courts to assume that the class member(s) with the "largest financial interest" in the outcome of the case will best serve the class in this capacity. Your ability to share in any recovery is not, however, affected by the decision whether or not to serve as a lead plaintiff. You may retain Chimicles & Tikellis LLP, or other counsel of your choice, to serve as your counsel in this Action.

If you wish to discuss this lawsuit or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel Nicholas E. Chimicles, Kimberly M. Donaldson, or Timothy N. Mathews toll free at 1-888-805-7848 or via email at mail@chimicles.com. For more detailed information about the lawsuit or the firms who filed it, please visit the websites of the attorneys listed below.

###

CONTACTS:

Nicholas E. Chimicles
Kimberly Donaldson Smith
Timothy N. Mathews
CHIMICLES & TIKELLIS LLP
361 West Lancaster Avenue
Haverford, PA 19041
Telephone: 610-642-8500
Toll Free: 888-805-7848
Fax: 610-649-3633
Website: www.chimicles.com
E-Mail: mail@chimicles.com

James J. Eccleston
ECCLESTON LAW OFFICES, P.C.
One North Franklin Street
Suite 2620
Chicago, IL 60606-4425
Telephone: 312-332-0000
Fax: 312-332-0003
Website: www.ecclestonlaw.com
E-Mail: JEccleston@ecclestonlaw.com

Lawrence A. Sucharow
Joseph Sternberg
Michael Woolley
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: 212-907-0700
Fax: 212-818-0477
Website: www.labaton.com
E-Mail: info@labaton.com

Andrew Stoltmann
STOLTMANN LAW OFFICES, P.C.
10 S. LaSalle, 35th Floor
Chicago, IL 60603
Telephone: 312.332.4200
Fax: 312.332.4201
Website: www.InvestmentFraud.pro
E-Mail: Andrew@StoltLaw.com

The materials appearing on this website are provided for informational purposes only and do not constitute legal advice. You should not take action based upon this information without consulting legal counsel. This site is not intended to create an attorney-client relationship. The hiring of a lawyer is an important decision that should not be based solely upon any single source of information, including advertising on this website. You may ask us to send you further information about us, and we urge you to review other sources of information about us.

Copyright © 2011 Labaton Sucharow LLP. All rights reserved.