# EXHIBIT B

## PLAINTIFF CERTIFICATION
## PURSUANT TO FEDERAL SECURITIES LAWS

Robert Lubin, ("Plaintiff"), declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and retains Scott + Scott, LLP and such co-counsel it deems appropriate to associate with to pursue such action on a contingent fee basis.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of Plaintiff's counsel, or in order to participate in any private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the underlying securities that are the subject of this action are as follows:

| Security Acquired | Total No of Shares /Units Acquired | Buy/Sell | Date | Total Purchase Price |
|---|---|---|---|---|
| Apple REIT 9 | 909.090 | Buy | 7/7/09 | $10,000 |
| Apple REIT 9 | 952.381 | Buy | 5/9/08 | $10,000 |
| Apple REIT 10 | 952.381 | Buy | 1/21/11 | $10,000 |
| Apple REIT 9 | 208.798 | Buy | Various dates | $2,192.37 |

5. During the three years prior to the date of this Certification, Plaintiff has never served, nor sought to serve, as a class representative in a federal securities fraud case.

6. Plaintiff will not accept any payment for serving as the class representative beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of August, 2011, at Kings County, New York.

Signature: _____
Robert Lubin