IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| IN RE APPLE REITs LITIGATION | ) ) ) ) ) ) ) ) ) | No. 11-cv-02919-KAM-JO |

**THE APPLE REITS' NOTICE OF MOTION AND
MOTION TO DISMISS THE CONSOLIDATED COMPLAINT**

**PLEASE TAKE NOTICE** that upon the Apple REITs' Memorandum of Law in Support of Their Motion to Dismiss the Consolidated Complaint, the declaration of Elizabeth F. Edwards and all exhibits thereto, and all pleadings and proceedings in this action, Defendants Apple REIT Six, Inc., Apple REIT Seven, Inc., Apple REIT Eight, Inc., Apple REIT Nine, Inc., and Apple REIT Ten, Inc. (collectively, the "Apple REITs") will move the Court before the Honorable Kiyo A. Matsumoto at the United States District Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201 for an order pursuant to Rules 12(b)(6), 9(b) and 8 of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 granting the Apple REITs' Motion to Dismiss the Consolidated Complaint in its entirety for failure to state a claim on which relief can be granted.

Dated: April 18, 2012

       /s/
Marshall Beil
McGUIREWOODS LLP
1345 Avenue of the Americas, 7th Floor
New York, NY 10105-0106
Telephone: (212) 548-2100

Elizabeth F. Edwards
McGUIREWOODS LLP
One James Center
901 East Cary St.
Richmond, VA 23219-4030
Telephone: (804) 775-4390

Charles Wm. McIntyre
McGUIREWOODS LLP
Washington Square
2001 K St. N.W. Suite 400
Washington, D.C. 20006-1040
Telephone: (202) 857-1742

*Attorneys for Defendants Apple REIT Six, Inc.,*
*Apple REIT Seven, Inc., Apple REIT Eight, Inc.,*
*Apple REIT Nine, Inc., and Apple REIT Ten, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2012, the foregoing document was served on the following via e-mail:

Daniel C. Girard
Amanda M. Steiner
Christina C. Sharp
Janice S. Yi
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
dcg@girardgibbs.com
chc@girardgibbs.com

Jacob H. Zamansky
Edward H. Glenn, Jr.
Kevin D. Galbraith
**ZAMANSKY & ASSOCIATES, LLC**
50 Broadway, 32nd Floor
New York, NY 10004
jake@zamansky.com

*Lead Plaintiffs' Counsel and
Interim Class Co-Counsel*

David P. Meyer
Matthew R. Wilson
**MEYER WILSON CO., LPA**
1320 Dublin Road, Suite 100
Columbus, OH 43215
dmeyer@meyerwilson.com

*Additional Plaintiffs' Counsel*

Kenneth I. Schacter
Derek Care
**BINGHAM McCUTCHEN LLP**
399 Park Avenue
New York, NY 10022-4689
kenneth.schacter@bingham.com
derek.care@bingham.com

Michael D. Blanchard
**BINGHAM McCUTCHEN LLP**
One State Street
Hartford, CT 06103-3178
Telephone:  (860) 240-2700
michael.blanchard@bingham.com

*Attorneys for Defendants David Lerner
Associates, Inc. and David Lerner*

Gregory S. Bruch
Sandra M. Hanna
WILLKIE FARR & GALLAGHER LLP
1875 K Street, NW
Washington, DC  20006
gbruch@willkie.com
shanna@willkie.com

*Attorneys for Defendants Bruce H. Matson,
Ronald A. Rosenfeld, and Lisa B. Kern*

                                /s/
Elizabeth F. Edwards
McGUIREWOODS LLP
One James Center
901 East Cary St.
Richmond, VA 23219-4030
Telephone: (804) 775-4390
eedwards@mcguirewoods.com