# BINGHAM

Kenneth I. Schacter
Direct Phone: 212.705.7487
Direct Fax: 212.702.3622
kenneth.schacter@bingham.com

July 13, 2012

**VIA ECF**

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East - Room N406
Brooklyn, New York 11201

Re: *In re Apple REITs Litigation*,
Civil Action No. 1:11-cv-02919(KAM)(JO)

Dear Judge Matsumoto:

We are counsel for defendants David Lerner Associates, Inc. and David Lerner (the "DLA Defendants").

Pursuant to the Court's December 13, 2011 and July 6, 2012 Orders, and Paragraph IV.C.2.c of the Court's Chambers Practices, we today filed the following documents via ECF:

1. Notice of the DLA Defendants' Motion to Dismiss, dated April 18, 2012;

2. Memorandum of Law In Support of the DLA Defendants' Motion to Dismiss, dated April 18, 2012;

3. Declaration Of Michael D. Blanchard In Support of the DLA Defendants' Motion to Dismiss, dated April 18, 2012, with Exhibits A-K;

4. Reply Memorandum of Law In Support of the DLA Defendants' Motion to Dismiss, dated July 13, 2012; and

5. This letter.

We have also arranged for delivery of two courtesy copies of the above documents to the Court.

The DLA Defendants respectfully request oral argument in connection with their Motion to Dismiss.

Respectfully,

Kenneth I. Schacter

Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022-4689

T +1.212.705.7000
F +1.212.752.5378
bingham.com

A/75025461.1